

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00877-CR

The **STATE** of Texas,
Appellant

v.

David Jimenez **VAZQUEZ**,
Appellee

From the County Court, Kinney County, Texas
Trial Court No. 13763CR
Honorable Dennis Powell, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's order granting David Jimenez Vazquez habeas relief and dismissing his criminal case with prejudice is AFFIRMED.

SIGNED July 17, 2024.

Luz Elena D. Chapa, Justice